| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Laura Maechtlen (SBN 224923) |
| 2 | lmaechtlen@seyfarth.com |
| | Chantelle C. Egan (SBN 257938) |
| 3 | cegan@seyfarth.com |
| | Shireen Yvette Wetmore (SBN 278501) |
| 4 | swetmore@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 5 | San Francisco, California 94105 |
| | Telephone:     (415) 397-2823 |
| 6 | Facsimile:      (415) 397-8549 |
| 7 | Attorneys for Defendants |
| | KELLY SERVICES, INC. and CUTCO STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| MICHAEL LENTINI, an individual, | Case No. 4:17-cv-03911-WHA |
| Plaintiff, | **DEFENDANTS KELLY SERVICES, INC. AND CUTCO STORES, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Dkt. 14-1)** |
| v. | |
| KELLY SERVICES, INC., a Delaware corporation; CUTCO STORES, INC., a New York corporation; and DOES 1 through 10, inclusive, | No Hearing Date Requested<br>Before the Hon. Judge William Alsup |
| Defendants. | |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Kelly Services, Inc., and Cutco Stores, Inc. (collectively "Defendants") will, and hereby do, submit this Motion to Remove Incorrectly Filed Document concerning Exhibit A to Declaration of Katrina Pouget in Support of Defendants' Motion to Transfer Venue, Docket No. 14-1 ("Exhibit A"). When electronically filed, counsel inadvertently filed an unredacted version of Exhibit A displaying certain of Plaintiff's personal identifying information, including a reference to his social security number. Per Rule 5.2 of the Federal Rules of Civil Procedure, this personal identifying information should be redacted.

Plaintiff's counsel noticed the inadvertent disclosure and promptly notified Defendants' counsel.

Defendants' counsel immediately called the ECF Help Desk and had the document locked, per the Northern District's ECF guidelines. Defendants' counsel also notified the Court and Plaintiff's counsel once the material was successfully restricted.

Defendants will refile a corrected version of the Declaration of Katrina Pouget in Support of Defendants' Motion to Transfer Venue containing a version of Exhibit A that does not contain personally identifying information. By this Motion, Defendants seek to permanently remove the incorrectly filed document in order to ensure that Plaintiff's personal identifying information is not inadvertently made accessible to the public. Good cause exists to remove the inadvertently filed unredacted Exhibit A because the information inadvertently disclosed reflects personal identifying information.

Accordingly, Defendants respectfully request that Docket No. 14-1 be permanently removed from the docket.

DATED: August 8, 2017

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Shireen Yvette Wetmore*
Laura Maechtlen
Chantelle C. Egan
Shireen Yvette Wetmore

Attorneys for Defendants
KELLY SERVICES, INC. and CUTCO STORES, INC.

40329368v.1

2
DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT 14-1)

SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923)
lmaechtlen@seyfarth.com
Chantelle C. Egan (SBN 257938)
cegan@seyfarth.com
Shireen Yvette Wetmore (SBN 278501)
swetmore@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
KELLY SERVICES, INC. and CUTCO STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| MICHAEL LENTINI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., a Delaware corporation; CUTCO STORES, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:17-cv-03911-WHA<br><br>[PROPOSED] ORDER REGARDING DEFENDANTS KELLY SERVICES, INC. AND CUTCO STORES, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Dkt. 14-1)<br><br>No Hearing Date Requested<br>Before the Hon. Judge William Alsup |

Defendants Kelly Services, Inc. and Cutco Stores, Inc. filed a Motion to Remove Incorrectly Filed Document (Dkt. 14-1) (the "Motion"). After having read and considered the Motion, this Court finds that good cause exists for removal of the incorrectly filed document because the document contains material protected from disclosure pursuant to Federal Rule of Civil Procedure 5.2.

**IT IS ORDERED THAT** Defendants' Motion to Remove Incorrectly Filed Document is GRANTED. Docket No. 14-1 shall be permanently removed from the docket.

**IT IS SO ORDERED**.

DATED: August 10, 2017.

_____
William Alsup
United States District Court Judge

1